IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **MARGARET LITTMAN *et al.*** ) | |
| ) | Case No. 3:24-cv-00194 |
| v. ) | **Chief Judge Crenshaw** |
| ) | **Magistrate Judge Holmes** |
| **UNITED STATES DEPARTMENT OF** ) | |
| **LABOR *et al.*** ) | |

**O R D E R**

Presently before the Court is the parties' stipulation requesting entry of a briefing schedule. (Docket No. 20.) Although this document was titled "Joint Motion Regarding Briefing Schedule," the document was filed as a stipulation and not a motion.

As the parties state in the document, this matter is exempt from mandatory case management. Accordingly, the parties are **DIRECTED** to file a motion (and not a stipulation) seeking: (1) the cancellation of the initial case management conference presently scheduled for May 7, 2024; and (2) the entry of a scheduling order, with a proposed scheduling order appended as an exhibit.[1]

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge

---

[1] The proposed scheduling order must be separately emailed in Word format to Katharine Fischman, Staff Attorney, at Katharine_Fischman@tnmd.uscourts.gov.