UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET LITTMAN, et al., *Plaintiffs*, v. UNITED STATES DEPARTMENT OF LABOR, et al., *Defendants*. | No. 3:24-cv-194 Judge Waverly D. Crenshaw, Jr. Magistrate Judge Barbara D. Holmes |

**SECOND JOINT CASE RESOLUTION STATUS REPORT**

The parties respectfully submit the following status report to apprise the Court of their efforts to reach a settlement in this case. In its Scheduling Order, the Court directed the parties to make "two independent, substantive attempts to resolve this case," and to report back to the Court after each attempt. *See* Scheduling Order at 2, ECF No. 23 (Mar. 27, 2024). Pursuant to the Court's Scheduling Order, the parties discussed the possibility of settlement by email and by telephone the weeks of April 8 and 15. Plaintiffs made a formal settlement demand that Defendants withdraw the 2024 Rule, and that, in exchange, Plaintiffs would not seek attorneys' fees or costs. Defendants responded that the Department is not in a position to withdraw the 2024 Rule.

The parties further discussed and considered settlement possibilities by email and telephone the week of May 27. Defendants are still not in a position to withdraw the 2024 Rule, and the parties continue to be unable to identify any possible resolution of this case. The parties further submit that settlement is unlikely in this case, given that it involves an Administrative Procedure Act challenge to a final agency rule. However, the parties will of course discuss

1

settlement throughout the pendency of this case to see if they are able to identify a possible resolution.

Dated: May 31, 2024

Respectfully submitted,

s/ Wencong Fa
Wencong Fa
B.P.R. No. 041768
wen@beacontn.org
BEACON CENTER OF TENNESSEE
1200 Clinton Street, #205
Nashville, TN 37203
Tel.: 615-383-6431

*Attorney for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director

*/s/ John T. Lewis*
JOHN T. LEWIS (D.C. Bar No. 1033826)
(admitted *pro hac vice*)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20530
Tel: (202) 353-0533
Fax: (202) 616-8460
E-mail: john.t.lewis.iii@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, a copy of the parties' Second Joint Case Resolution Status Report was filed electronically via the Court's ECF system. Copies were sent to the following counsel of record by operation of the Court's electronic filing system:

Wencong Fa
Beacon Center of Tennessee
1200 Clinton Street
Suite 205
Nashville, TN 37203
615-383-6431
wen@beacontn.org

*Counsel for Plaintiffs*

/s/ *John T. Lewis*
John T. Lewis