> Motion (42) is **GRANTED** and the deadline for Plaintiff to file objections to the R&R is extended to **December 4, 2024.**
>
> */s/ Waverly D. Crenshaw, Jr.*
> US DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARGARET LITTMAN, et al., | |
| Plaintiffs, | No. 3:24-cv-194 |
| v. | Judge Waverly D. Crenshaw, Jr. |
| UNITED STATES DEPARTMENT OF LABOR, et al., | Magistrate Judge Barbara D. Holmes |
| Defendants. | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO OBJECT TO THE REPORT AND RECOMMENDATION

Plaintiffs respectfully move for an extension of time to object to the Report and Recommendation, ECF No. 41, by seven days, to December 4, 2024. Pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure and Local Rule 72.02(a), Plaintiffs' Objections are currently due on November 27, 2024.

There is good cause for the requested seven-day extension. In addition to the Thanksgiving holiday, the undersigned counsel will be out of the office for pre-planned travel from November 18 to November 21. The undersigned counsel also have litigation obligations in other active cases on which they are lead counsel. These obligations include drafting a reply brief in the United States Court of Appeals for the Sixth Circuit in Case No. 24-5794, *Will McLemore, et al v. Roxanna Gumucio, et al* Originating Case No.: 3:23-cv-01014. The parties have conferred, and the requested extension is unopposed.

For the foregoing reasons, this Court should grant Plaintiffs' unopposed motion to extend the time for filing their objections up to and including December 4, 2024.

1