UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARGARET LITTMAN, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 3:24-cv-00194 ) |
| UNITED STATES DEPARTMENT OF LABOR, et al., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Defendants' Cross Motion to Dismiss for Lack of Jurisdiction or in the alternative, Cross Motion for Summary Judgment (Doc. No. 11) and Plaintiffs' Cross-Motion for Summary Judgment (Doc. No. 25) are set for oral argument on **January 13, 2025,** at 10:30 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE